**Vacate and Render and Opinion Filed October 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00405-CV

## CRC INSURANCE SERVICES, INC. D/B/A SOUTHERN CROSS UNDERWRITERS, Appellant

### V.

## LAKE TEXOMA HIGHPORT, LLC, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397A**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice FitzGerald

Before the Court is the parties' joint motion to vacate and render judgment pursuant to settlement. They request that the Court vacate the trial court's January 22, 2014 amended final judgment without regard to its merits. They further request the Court render judgment vacating the Award of Arbitrators and the Modification of Award of Arbitrators, dismissing the cause with prejudice, and providing that each party bear its own costs. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(A), we grant the motion.[1] We vacate the trial court's amended

---

[1] *See* TEX. R. APP. P. 42.1(a)(2)(A).

final judgment without regard to the merits and render judgment vacating the Award of Arbitrators and the Modification of Award of Arbitrators (attached as Exhibits "A" and "B" to the Amended Final Judgment), dismissing the cause with prejudice, and ordering each party bear its own costs.[2]

140405F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

---

[2] *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e).



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CRC INSURANCE SERVICES, INC.
D/B/A SOUTHERN CROSS
UNDERWRITERS, Appellant

No. 05-14-00405-CV        V.

LAKE TEXOMA HIGHPORT, LLC,
Appellee

On Appeal from the 397th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. 08-0604-397A.
Opinion delivered by Justice FitzGerald.
Justices Fillmore and Stoddart participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's amended final judgment without regard to the merits. We **RENDER** judgment vacating the Award of Arbitrators and the Modification of Award of Arbitrators (attached as Exhibits "A" and "B" to the Amended Final Judgment), dismissing the cause with prejudice, and ordering that each party bear its own costs of this appeal.

Judgment entered October 28, 2014.